```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
In re:                                                              Case No. 14-04730-RNO
Michael D Lewis                                                     Chapter 13
         Debtor            CERTIFICATE OF NOTICE

District/off: 0314-1        User: MMchugh           Page 1 of 2          Date Rcvd: Aug 18, 2016
                            Form ID: pdf010         Total Noticed: 28
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 20, 2016.
```
db             +Michael D Lewis,    3522 Brisban Street,    Harrisburg, PA 17111-1803
cr             +Joseph Strauss, Snap-on Tools Franchisee,    1226 Orchard Road,    Lititz, PA 17543-9703
md             +Kara Gendron,   Law Office of Dorothy Mott,    125 State Street,    Harrisburg, PA 17101-1025
4557042        +6190 Derry Street LP,    226 Peach Avenue,    Hershey, PA 17033-2029
4557044        +Adam Auto Group,    4601 Carlisle Pike,    Mechanicsburg, PA 17050-3022
4557045        +Central Credit/Penn Cr,    Attn:Bankruptcy,    Po Box 988,    Harrisburg, PA 17108-0988
4557046        +Duck's Auto Care LLC,    6190 Derry Street,    Harrisburg, PA 17111-4354
4597050        +ElitePay Global,    2850 W. Horizon Ridge Pkwy,    Henderson, NV 89052-4395
4597051        +Fifth Third Bank,    8500 Governors Hill Drive,    Cincinnati, OH 45249-1384
4557048        +First National Bank,    Attention:FNN Legal Dept,    1620 Dodge St. Stop Code: 3290,
                 Omaha, NE 68197-0003
4557049        +First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
4557051        +KML Law Group,   701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
4557053        +Merc Adj Bur,   Po Box 9016,    Williamsville, NY 14231-9016
4557055        +Rushmore Loan Management Serv.,    P.O. Box 55004,    Irvine, CA 92619-5004
4560679       ++SNAP ON CREDIT LLC,    950 TECHNOLOGY WAY,    SUITE 301,    LIBERTYVILLE IL 60048-5339
                (address filed with court:   Snap-on Credit LLC,     950 Technology Way,    Suite 301,
                 Libertyville, IL 60048)
4557056        +Sara Lewis,   3522 Brisban Street,    Harrisburg, PA 17111-1803
4557058        +Snap On Crdt,   Attn: Bankruptcy,    950 Technology Way Suite 301,
                 Libertyville, IL 60048-5339
4557059       #+Thelma Lewis,    1063 Allendale Road,    Apartment H,    Mechanicsburg, PA 17055-4463
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4560715         E-mail/Text: ebnbankruptcy@ahm.honda.com Aug 18 2016 19:18:48
                 American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
                 Irving, TX 75016-8088,    866-716-6444
4557043        +E-mail/Text: cbailey@acceleratedfinancial.net Aug 18 2016 19:18:54     Accelerated Financial,
                 39 Monette Pkwy,    Smithfield, VA 23430-2577
4575422        +E-mail/Text: bnc@atlasacq.com Aug 18 2016 19:18:33     Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
4557050        +E-mail/PDF: gecsedi@recoverycorp.com Aug 18 2016 19:15:04     GECRB/Care Credit,
                 Attn: bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
4590845         E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 18 2016 19:18:50     Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
4557052        +E-mail/Text: SHELLIE.WHITNEY@MATCOTOOLS.COM Aug 18 2016 19:18:59     Matco Tools,
                 Attn: Carrie,    4403 Allen Rd,    Stow, OH 44224-1096
4557054         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 18 2016 19:18:41     PA Department of Revenue,
                 Bureau of Compliance, Bankruptcy,    P.O. Box 280946,    Harrisburg, PA 17128-0946
4602800         E-mail/PDF: gecsedi@recoverycorp.com Aug 18 2016 19:14:41     Synchrony Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
4557060        +E-mail/Text: pauline.burt@timepaymentcorp.com Aug 18 2016 19:18:48     Time Payment Corp.,
                 16 N.E. Executive Park #200,    Burlington, MA 01803-5222
4566038         E-mail/Text: bkrcy@ugi.com Aug 18 2016 19:18:55     UGI Utilities, Inc.,    225 Morgantown Rd,
                 PO Box 13009,    Reading PA 19611
                                                                                              TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4606444         GMAT Legal Title Trust 2014-1, U.S. Bank, National
4557047*       +Duck's Auto Care LLC,    6190 Derry Street,    Harrisburg, PA 17111-4354
4557057*       +Sara Lewis,   3522 Brisban Street,    Harrisburg, PA 17111-1803
                                                                                   TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 18, 2016 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor    GMAT Legal Title Trust 2014-1, U.S. Bank, National
               Association, as Legal Title Trustee bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Stephen Wade Parker    on behalf of Debtor Michael D Lewis wade@swparkerlaw.com,
               plaw13.ecfmail@gmail.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:

**MICHAEL D. LEWIS**

\* **Debtors**

| | |
|---|---|
| Chapter: | **13** |
| Case Number: | **1-14-bk-04730 RNO** |
| Document No.: | |
| Nature of Proceeding: | **Motion to Dismiss Chapter 13 Case** |

## ORDER

After due consideration of the oral motion to voluntarily dismiss Chapter 13 case which oral motion was made in open court at a hearing held on August 18, 2016, it is

ORDERED that the oral motion to voluntarily dismiss Chapter 13 case is GRANTED and the within Chapter 13 case is DISMISSED.

Date: August 18, 2016

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge
(BI)

MDPA-Order - Blank wihtout Parties.wpt - REV 01/14